Lauren A. Welling (SBN: 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN: 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

*Attorneys for Plaintiff John Roe DR 63*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROE DR 63,<br><br>Plaintiff,<br><br>v.<br><br>DOE 1, et al.<br><br>Defendants. | Case No: 5:24-cv-02509-MRA (SHK)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Hon. Monica Ramirez Almadani<br>Date: February 3, 2025<br>Time: 1:30 PM<br>Courtroom: 10B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN THAT on February 3, 2025, at 1:30 PM before the Honorable Monica Ramirez Almadani in Courtroom 10B of the United States District Court for the Central District of California, First Street Courthouse, located at 350 W. First Street, Los Angeles, CA 90012, Plaintiff will and hereby does move the Court for



SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 ‖Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 ‖Fax: (310) 773-5573

an Order remanding this action to the San Bernardino County Superior Court, State of California, pursuant to 28 U.S.C. § 1447, on the grounds that this Court lacks subject matter jurisdiction over this action as complete diversity is lacking and no independent federal jurisdiction exists allowing this action to be heard in Federal Court. Complete diversity does not exist in this case because Plaintiff is a citizen of the same state as the Forum-Defendant, DOE 3. In its Notice of Removal, Defendants fail to satisfy their heavy burden of proving by clear and convincing evidence that DOE 3 is fraudulently joined. This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Declaration of Lauren A. Welling and Exhibits thereto, and on papers, records, and pleadings on file herein, and such argument as the Court may allow.

Dated: December 19, 2024

By: *<u>/s/ Lauren A. Welling</u>*
Lauren A. Welling (SBN: 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN: 305315)
skmeier@sssfirm.com
SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Attorneys for Plaintiff

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 ‖Fax: (310) 773-5573

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7-3, counsel for Plaintiff conferred with counsel for Defendants concerning Plaintiff's Motion to Remand Case to California State Court. After consultation, Defendants intend to oppose Plaintiff's motion.

Dated: December 19, 2024 By: *<u>/s/ Lauren A. Welling</u>*

Lauren A. Welling, Esq.

## PROOF OF SERVICE

*JOHN ROE DR 63 v. DOE 1 et al.*
5:24-cv-02509-MRA-SHK

**IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is business address is 8383 Wilshire Blvd., Suite 255, Beverly Hills, CA90211.

On December 19, 2024, I served true copies of the following document(s) described as **PLAINTIFF'S NOTICE OF MOTION AND MOTIONTO REMAND CASE TO STATE COURT, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF LAUREN A. WELLING IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND WITH EXHIBITS, and PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** on the interested parties in this action as follows:

Rick Richmond (SBN 194962)
rrichmond@larsonllp.com
Andrew E. Calderón (SBN 316673)
acalderon@larsonllp.com
LARSON LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888

Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints,
Temple Corporation of The Church of Jesus Christ of Latter-day Saints

**[X] THROUGH CM/ECF ELECTRONIC CASE FILING SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 19, 2024 at Los Angeles, California.

/s/ Dayana Muir
Dayana Muir
*Legal Assistant*